

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00271-CV

**In the ESTATE OF** Johnnie Mae **KING**, Deceased

From the Probate Court No. 1, Bexar County, Texas
Trial Court No. 2001-PC-1263
Honorable Kelly Cross, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. Appellee's motion for damages is DENIED. It is ORDERED appellees Bexar Appraisal Review Board and Bexar Appraisal District recover their costs of this appeal from appellant Rowland Martin.

SIGNED July 6, 2016.

_____
Jason Pulliam, Justice